[Nos. 68202-4-I; 68402-7-I.   Division One.   October 14, 2013.]

DAVID C. COTTINGHAM ET AL., *Appellants*, v. RONALD J. MORGAN ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 09-2-01773-1, John M. Meyer, J. Pro Tem., entered January 3, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Grosse, J.

[No. 68272-5-I.   Division One.   October 14, 2013.]

BERNARDO FIGUEROA ET AL., *Respondents*, v. HIGHLINE MEDICAL CENTER ET AL., *Defendants*, THOMAS RYAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-43576-8, Bruce W. Hilyer, J., entered January 20, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Lau and Verellen, JJ.

[No. 68327-6-I.   Division One.   October 14, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD JOHN HUBBARD, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-05971-3, Jay V. White, J., entered January 27, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Lau, JJ.

[No. 68336-5-I.   Division One.   October 14, 2013.]

TIMOTHY J. GODDARD, *Appellant*, v. CSK AUTO, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-32021-7, Hollis R. Hill, J., entered February 8, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Schindler and Verellen, JJ.